Charles M. Durland and Lewis Van Orden, Appellants, v. George Crippen, Respondent.— Judgment modified by striking therefrom recovery of damages of one dollar and interest in favor of the defendant, and as so modified affirmed, without costs in this court. No opinion. All concurred.

In the Matter of the Estate of Philip H. Neher, Deceased. National Bank of Troy, Appellant; James H. Carpenter, as Sole Surviving Executor, etc., of Philip H. Neher, Deceased, Respondent.— Order affirmed, with costs. No opinion. All concurred.

The People of the State of New York, Plaintiff, v. Williamsburgh Trust Company, Defendant. In the Matter of the Petition of The United States Fidelity and Guaranty Company, Appellant, to Have the Fund on Deposit with the Williamsburgh Trust Company by the City Chamberlain of the City of New York of Court and Trust Funds Declared a Preference and for Repayment of the Same under Section 158 of the Banking Law; * Frank L. Bapst and Augustus Van Wyck, as Receivers of the Williamsburgh Trust Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

The People of the State of New York ex rel. Joseph Evans, Appellant, v. Charles F. Milliken and Others, Constituting the State Civil Service Commission of the State of New York, Respondents.— Order affirmed, with costs. No opinion. All concurred.

The People of the State of New York ex rel. John Dunphy and Others, as Commissioners in the Matter of the Petition of Henry Bullis for the Draining of Lands in Canton, N. Y., Appellants, v. Abram H. Wiggins, as Supervisor of the Town of Canton, N. Y., Respondent.— Order affirmed, with costs. No opinion. All concurred; Kellogg, J., not sitting.

Cornelius W. Strait, Respondent, v. Protected Home Circle, Appellant.— Judgment affirmed, with costs. No opinion. All concurred, except Cochrane, J., dissenting; Sewell, J., not sitting.

Silas K. Williams and Edward Chismore, Appellants, v. David Getman, Jr., Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Smith, P. J., and Kellogg, J., dissenting,

Emily H. Hathorn and Frank H. Hathorn v. Natural Carbonic Gas Company. —Motion for leave to appeal to Court of Appeals granted, and questions certified as follows: First. Does the complaint state a cause of action other than under the statute hereinafter mentioned? Second. Does the complaint state a cause of action under the statute of 1908, chapter 429? Third. Is chapter 429 of the Laws of 1908 a constitutional enactment? Fourth. Did the Supreme Court have power to grant the preliminary injunction? (See ante, p. 33.)

---

* See Laws of 1892, chap. 689, § 158, as amd. by Laws of 1898, chap. 98.— [REP.